**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:12-CR-123-RL-PRC |
| | ) | |
| TANESHIA DOUGLAS, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT TANESHIA DOUGLAS

TO: THE HONORABLE RUDY LOZANO,
UNITED STATES DISTRICT COURT

Upon Defendant Taneshia Douglas' request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on September 4, 2012, with the consent of Defendant Taneshia Douglas, counsel for Defendant Taneshia Douglas, and counsel for the United States of America.

The hearing on Defendant Taneshia Douglas' plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Taneshia Douglas under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Taneshia Douglas,

I FIND as follows:

(1) that Defendant Taneshia Douglas understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Taneshia Douglas understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Taneshia Douglas understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Taneshia Douglas understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Taneshia Douglas has been knowingly and voluntarily made and is not the result of force, threats, or promises;

(5) that Defendant Taneshia Douglas is competent to plead guilty;

(6) that Defendant Taneshia Douglas understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Taneshia Douglas' plea; and further,

I RECOMMEND that the Court accept Taneshia Douglas' plea of guilty to the offense charged in Count 1 of the Information and that Defendant Taneshia Douglas be adjudged guilty of the offense charged in Count 1 of the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Taneshia Douglas be adjudged guilty, a sentencing date before Senior Judge Rudy Lozano will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 4th day of September, 2012.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable Rudy Lozano