**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:12-CR-123 |
| ) | |
| TANESHIA DOUGLAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Taneshia Douglas, filed on September 5, 2012 (DE #18). No objections have been filed to Magistrate Judge Paul R. Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Taneshia Douglas' plea of guilty, and **FINDS** Defendant guilty of Count 1 of the Information, in violation of Title 21 U.S.C. § 846.

The parties are reminded that this matter has been set for sentencing on November 27, 2012, at 10:45 a.m.

**DATED: November 7, 2012**         /s/ RUDY LOZANO, Judge
                                    **United States District Court**